```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
CAROLINA TANJUTCO,

                Plaintiff,

        -against-

NYLIFE SECURITIES LLC, et al.,

                Defendant.
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2023

23-CV-4889 (VEC) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

Petitioner Carolina Tanjutco, proceeding *pro se* and *in forma pauperis*, commenced the above-referenced action on June 9, 2023 by filing a Petition and Motion to confirm in part and deny in part a May 26, 2023 FINRA Dispute Resolution Services arbitration award. (Dkt. 1.) On July 27, 2023, the Court dismissed the Petition and Motion, *sua sponte*, for lack of subject matter jurisdiction (Dkt. 7), with leave to amend "to allege additional facts demonstrating that the Court has either federal question jurisdiction or diversity of citizenship jurisdiction of her motion[.]" (*Id.* at 9-10.) On September 27, 2023, petitioner filed an Amended Motion. (Dkt. 11.)

On October 24, 2023, the Clerk of Court was instructed to "issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Respondents." (Dkt. 14 at 2.) That same day, the case was referred to Magistrate Judge Barbara Moses for general pretrial management and for report and recommendation on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). (*See* Dkt. 15.)

Henceforth, all motions and applications must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

It is hereby ORDERED that, no later than **21 days** after all respondents have been served with process, the parties shall, after meeting and conferring in good faith, jointly propose a briefing schedule regarding plaintiff's Amended Motion.

Pursuant to the Order of Service, the Clerk of Court is respectfully directed to include in the service package the filings at Dkts. 10-12, as well as a copy of this Order.

Dated: New York, New York
       October 26, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**