UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINA TANJUTCO,

    Plaintiff,

-against-

NYLIFE SECURITIES LLC, et al.,

    Defendant.

23-CV-4889 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In her latest letter, dated March 23, 2024, but received by the Clerk and filed on March 25, 2024 (Dkt. 55), petitioner states that (as of March 23) she had not received the Court's Order dated March 18, 2024. (Dkt. 51.) That Order has since been superseded by the Court's Order dated March 25, 2024. (Dkt. 56.)

    Because petitioner has never requested to receive this Court's orders electronically, they are mailed to her address of record – in the Philippines – by the Clerk of Court. If petitioner wishes to avoid the delays caused by this method, she may establish a PACER account and submit a Consent to Electronic Service form, which is available (along with instructions for filling it out) on the website of the United States District Court for the Southern District of New York, at:

    https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases

    Once petitioner has established a PACER account and consented to electronic service, she will receive an email whenever the Court issues an Order, with an electronic link to the Order (which she may then print out if she wishes). Parties who have consented to electronic service no longer receive paper copies of the Court's Orders in the mail.

Dated:  New York, New York
         March 27, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**