**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CAROLINA TANJUTCO,

                Petitioner,

-against-                                   23 **CIVIL** 4889 (BCM)

## JUDGMENT

NYLIFE SECURITIES LLC, et al.,

                Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2024, petitioner's claims against the SEC are DISMISSED for lack of subject-matter jurisdiction; her claims against FINRA are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted (except to the extent that FINRA is named as a respondent with respect to petitioner's request to confirm paragraph 8 of the Award); and her remaining claims are DISMISSED for lack of subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

       September 11, 2024

                                                        **DANIEL ORTIZ**

                                                       **Acting Clerk of Court**

                             **BY:**

                                                       **Deputy Clerk**